**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| STATE OF NEBRASKA, ex rel. L. TIM WAGNER, DIRECTOR OF INSURANCE OF THE STATE OF NEBRASKA, Plaintiff, | : | |
| v. | : | C.A. No. 05-245-S |
| GILBANE BUILDING COMPANY, A Rhode Island corporation, Defendants. | : | |

**ENTRY OF APPEARANCE**

The undersigned hereby enters his appearance in the above-captioned action as counsel on behalf of the defendant.

GILBANE BUILDING COMPANY

By its Attorneys,

Mark W. Freel (#4003)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, Rhode Island 02903
(401) 274-9200
(401) 276-6611 (Fax)

**CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of June 2005, I caused a true copy of the within Entry of Appearance to be delivered by regular mail, postage prepaid, to:

Melissa Horne, Esq.
Winograd, Shine & Zacks, P.C.
123 Dyer Street
Providence, RI 02903

[signature]