UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

STATE OF NEBRASKA, ex rel.
L. TIM WAGNER, DIRECTOR OF
INSURANCE OF THE STATE OF
NEBRASKA

Plaintiff,

v. C.A. No. 05-245S

GILBANE BUILDING COMPANY,
a Rhode Island corporation,

Defendant.

**ORDER**

I hereby recuse myself from participation in this litigation.

ORDER:

By: [signature]
Deputy Clerk

ENTER:

[signature]
William E. Smith
U.S. District Judge

Date: 8/25/05