'4,A0 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

## District of Rhode Island

STATE OF NEBRASKA, ex rel. L. TIM WAGNER, DIRECTOR OF INSURANCE OF THE STATE OF NEBRASKA,

**SUMMONS IN A CIVIL CASE**

V.

**CASE NUMBER:**

CA 05 245S

GILBANE BUILDING COMPANY, a Rhode Island Corporation

**TO:** (Name and address of Defendant)

Brad Gordon, Registered Agent
Gilbane Building Company
7 Jackson Walkway
Providence, RI 02903

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Melissa M. Horne, Esq.
Winograd, Shine & Zacks, P.C.
123 Dyer Street
Providence, Rhode Island 02903

Joan P. Hanrahan-Miller
Joan P. Hanrahan-Miller, Paralegal
Gilbane Building Company
10-3-05

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 6/3/05

(By) DEPUTY CLERK

1~AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me | DATE 10/3/05 |
|---|---|
| NAME OF SERVER *(PRINT)* Paul W. Calise | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ______

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☒ Other (specify): Served Joan P. Hanrahan-Miller an employee at Gilbane Building Company Being A Paralegal

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $45.00 | TOTAL $45.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 10/3/05 
Date

Paul W. Calise 
Signature of Server

40 Erie St., Prov., RI 02908 
Address of Server

(1) As to who may serve a summons see Rule 4 ofthe Fedem] Rules ofCivil Procedure.