FILED OCT 26 2005 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **STATE OF NEBRASKA, ex rel. L. TIM WAGNER, DIRECTOR OF INSURANCE OF THE STATE OF NEBRASKA,** | |
| **Plaintiff** | **C.A. No. 05-245** |
| **GILBANE BUILDING COMPANY, a Rhode Island corporation,** | |
| **Defendant** | |

**STIPULATED ORDER**

This matter came before the Court pursuant to a stipulation between Plaintiff, L. Tim Wagner, Director of Insurance of the State of Nebraska, in his statutory capacity as the Liquidator of Amwest Surety Insurance Company ("Plaintiff"), and Defendant, Gilbane Building Company ("Defendant"), that all proceedings in the above captioned matter will be stayed until a decision is rendered by the District Court of Lancaster County, Nebraska on the pending Motion for Summary Judgment in the matter styled *State of Nebraska, ex rel., L. Tim Wagner, Director of Insurance of the State of Nebraska v. Gilbane Building Co.,* Case No. CI 03-2063 (the "Nebraska action").

In the instant action, Plaintiff has filed his Complaint and served it on Defendant. This stipulation is agreed to by Plaintiff and Defendant because Plaintiff is actively prosecuting the Nebraska action, and the instant action was

brought as a "protective suit" in order to preserve Plaintiff's right to recover in the event that there is a subsequent determination that the Nebraska court did not have proper jurisdiction.

Having considered the underlying facts and the agreement of the parties,

IT IS HEREBY ORDERED:

**That Defendant shall not be required to file an Answer to** Plaintiff's Complaint until 30 days following the entry of an order denying, in whole or in part, the above described Motion for Summary Judgment in the Nebraska action. In the event an order is entered granting the Motion for Summary Judgment as to all counts, Plaintiff shall dismiss this action within 14 days of the expiration of Defendant's right to appeal the Nebraska Court's ruling, provided no notice of appeal has been filed.

ENTER: PER ORDER:

Mary M. Lisi USDJ 10/27/05 Barbara Barletta

**L. TIM WAGNER, DIRECTOR OF INSURANCE OF THE STATE OF NEBRASKA**

By its Attorneys,

WINOGRAD, SHINE & ZACKS, P.C.

By Melissa Horne
Melissa Horne, Esq.
State Bar No. 5291
123 Dyer Street
Providence, RI 02903
Telephone: (401) 273-8300
Facsimile: (401) 272-5728
Date: October 26, 2005

**GILBANE BUILDING COMPANY**

By its Attorneys,

EDWARDS & ANGELL, LLP

By Mark W. Freel
Mark W. Freel, Esq.
State Bar No.
2800 Financial Plaza
Providence, RI 02903
Telephone: (401) 274-9200
Facsimile: (401) 276-6611
Date:

Michael S. Degan (NE #20372)
Megan Sebastian Wright (NE #21782)
Blackwell Sanders Peper Martin LLP
1620 Dodge Street, Suite 2100
Omaha, NE 68102-1593
Telephone: (402) 964-5000
Facsimile: (402) 964-5050