David A. DiMarzio
Clerk of Court

# *UNITED STATES DISTRICT COURT*
## *District of Rhode Island*

Robert R. Henry
Chief Deputy Clerk

October 16, 2007

TO: Meliss Horne, Esq.
Mark Freel, Esq.

RE: State of Nebraska v. Gilbane Building
CA 05-245

Dear Counselor:

Judge Lisi is requesting a written status report relative to the above-captioned case. Kindly electronically submit a status report to Judge Lisi by **October 26, 2007.**

Thank you for your attention to this matter.

Very truly yours,

Barbara Barletta
Deputy Clerk