**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **STATE OF NEBRASKA, ex rel. L. TIM WAGNER, DIRECTOR OF INSURANCE OF THE STATE OF NEBRASKA,** | |
| **Plaintiff** | **C.A. No. 05-245** |
| **GILBANE BUILDING COMPANY, a Rhode Island corporation,** | |
| **Defendant** | |

**STATUS REPORT**

Plaintiff, L. Tim Wagner, Director of Insurance of the State of Nebraska, in his statutory capacity as the Liquidator of Amwest Surety Insurance Company, and Defendant, Gilbane Building Company, provide this Status Report pursuant to the Court's request dated October 16, 2007.

1. Plaintiff filed this action as a "protective suit" in order to preserve Plaintiff's right to recover in the event there is a subsequent determination that the District Court of Lancaster County, Nebraska did not have proper jurisdiction over the case captioned *State of Nebraska, ex rel., L. Tim Wagner, Director of Insurance of the State of Nebraska v. Gilbane Building Co.*, Case No. CI 03-2063 (the "Nebraska litigation").

2. On October 26, 2005, this Court entered a Stipulated Order which stayed the case pending the outcome of a Motion for Summary Judgment filed in the Nebraska litigation. The Stipulated Order provides, "In the event an order is entered granting the Motion for Summary Judgment as to all counts, Plaintiff shall dismiss this action within 14 days of the expiration of Defendant's right to appeal the Nebraska Court's ruling, provided no notice of appeal has been filed."

3. The Nebraska Court granted the Motion for Summary Judgment on June 29, 2007. Gilbane appealed the judgment and posted a bond staying enforcement of the judgment. It is anticipated that the appeal should be fully briefed by the end of 2007 and that the appeal will be resolved in late 2008.

**L. TIM WAGNER, DIRECTOR OF INSURANCE OF THE STATE OF NEBRASKA**

By its Attorneys,

WINOGRAD, SHINE & ZACKS, P.C.

By /s/ Melissa M. Horne
Melissa Horne, Esq.
State Bar No. 5291
123 Dyer Street
Providence, RI 02903
Telephone: (401) 273-8300
Facsimile: (401) 272-5728
Date:

**GILBANE BUILDING COMPANY**

By its Attorneys,

EDWARDS & ANGELL, LLP

By /s/ Mark W. Freel
Mark W. Freel, Esq.
State Bar No.
2800 Financial Plaza
Providence, RI 02903
Telephone: (401) 274-9200
Facsimile: (401) 276-6611
Date:

Michael S. Degan (NE #20372)
Megan Sebastian Wright (NE #21782)
Blackwell Sanders Peper Martin LLP
1620 Dodge Street, Suite 2100
Omaha, NE 68102-1593
Telephone: (402) 964-5000
Facsimile: (402) 964-5050