David A. DiMarzio
Clerk of Court

# *UNITED STATES DISTRICT COURT*
## *District of Rhode Island*

Robert R. Henry
Chief Deputy Clerk

August 13, 2008

TO: Counsel of Record

RE: State of Nebraska, et al v. Gilbane Bldg. Co.
CA 05-245ML

Dear Counselors:

The above-captioned case has been stayed and Chief Judge Lisi is requesting a written status report relative to the above-captioned case at this time. Kindly electronically submit a status report on or before **August 29, 2008.**

Thank you for your attention to this matter.

Very truly yours,

Barbara Barletta

Barbara Barletta
Deputy Clerk

Two Exchange Terrace • John O. Pastore Building • Providence, RI 02903 • Tel: (401) 752-7200 • Fax: (401) 752-7247